UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PIMENTEL, JR., | Case No. 5:17-02243 DOC (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WILLIAM SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated May 20, 2020 [Dkt. No. 39].

Finding no objections on file, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 39] is accepted;

2. The Petition is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: July 29, 2020

_____
THE HONORABLE DAVID O. CARTER
United States District Judge