JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PIMENTEL, JR., | Case No. 5:17-02243 DOC (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| WILLIAM SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED:  July 29, 2020

_____
THE HONORABLE DAVID O. CARTER
United States District Judge